**Electronically Filed
Supreme Court
SCWC-19-0000567
28-AUG-2024
12:48 PM
Dkt. 23 ODAC**

SCWC-19-0000567

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

HOWARD R. GREEN
Petitioner/Appellant-Appellant,

vs.

ZONING BOARD OF APPEALS, CITY & COUNTY OF HONOLULU; DIRECTOR OF
THE DEPARTMENT OF PLANNING & PERMITTING, CITY & COUNTY OF
HONOLULU; INTERVENOR KANEOHE YACTH CLUB,
Respondents/Appellees-Appellees.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000567; CASE NO. 1CC181001144)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Howard R. Green's Application for Writ of

Certiorari, filed on June 28, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 28, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens